IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BENNY WATTS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1241

Opinion filed June 1, 2017.

An appeal from an order of the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Joseph C. Bodiford, Bodiford Law, P.A., Tallahassee, for Appellant, and Benny Watts, Appellant, pro se.

Pamela Jo Bondi, Attorney General, and Kathryn Lane, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., CONCUR.